# United States District Court
## For The Western District of North Carolina
## Charlotte Division


Anthony R. Blow , Sr.,

                  Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:09cv181

Dennis Marshall et al,

                  Defendant(s).


DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/12/2009 Order.


                                   Signed: May 12, 2009

                                   Frank G. Johns, Clerk
                                   United States District Court